UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In re: )
 )
    James Theisen ) No. 19-30999
 )
 ) Chapter 13
 )
_____

Creditor:     Emergency Physician Associates of S. Jersey

NOTICE OF WITHDRAWAL OF CLAIM

    Notice is hereby given that Emergency Physician Associate of S. Jersey PC hereby withdraws claim number 3 previously filed in this matter on December 31, 2019.

    Respectfully Submitted,

    By: _____/s/ Ty Anthony Riha_____

    Ty Anthony Riha
    DCM Services / Bankruptcy
    PO Box 1123
    Minneapolis, MN 55440
    Phone: 612-243-8554
    Fax: 612-243-8309