# Dispute

We will process the items that you questioned with the furnisher of the information or vendor that collected the information from a public record. You'll receive an alert when updates are available and when your full results of your dispute are ready to view.

| | |
|---|---|
| **Alert Date** | 02.07.2019 |
| **Source** | Experian |
| **Date Submitted** | 02.06.2019 |
| **Estimated Resolution Date** | 03.07.2019 |
| **Report Number** | 2899-9920-09 |
| **Account Number** | 148365X |
| **Company** | SERVICE FINANCE COMPANY |
| **Address** | ERIC BERCH 555 S FEDERAL HWY STE 200 |

# Disclosure

We will process the items that you questioned with the furnisher of the information or vendor that collected the information from a public record. You'll receive an alert when updates are available and when your full results of your dispute are ready to view.

| | |
|---|---|
| **Alert Date** | 06.21.2019 |
| **Source** | Experian |
| **Date Submitted** | 06.21.2019 |
| **Estimated Resolution Date** | 07.20.2019 |
| **Report Number** | 2899-9920-09 |
| **Account Number** | 148365X |
| **Company** | SERVICE FINANCE COMPANY |
| **Address** | ERIC BERCH 555 S FEDERAL HWY STE 200 |

# Results

Report Number **2899-9920-09**
Date generated **Jul 15, 2019**

 Print Your Results



## Remains

SERVICE FINANCE COMPAN

Account • 148XXXX

The company that reported the information has certified to Experian