# FEDERAL TRADE COMMISSION
# Identity Theft Report

FTC Report Number: 118279095

I am a victim of Identity theft. This is my official statement about the crime.

## Contact Information

| First Name: | Last Name: |
|---|---|
| James | Theisen |

| Address: | Phone: | Email: |
|---|---|---|
| 903 NORTHWOOD AVE CHERRY HILL, New Jersey 0 8002 USA | 856-378-3892 | bosskaggs@gmail.com |

## Personal Statement

I was out of the state on business when they say this was "signed"occurred back then, i got a bill from them, called and asked what it was they said i applied for a 10K loan to repair my sewer. I paid them 5k in cash i never signed any loan agreement for any amount. conveniently both the insurance adjuster and the guy were dismissed from their respective companies upon my inquiry. They then placed a lien on my home, sent people to my house in a threatening manner. They forced me, under duress with their visit to make a settlement offer, I never signed anything or verbally agreed to anything. The documents they have are digital, they claimed it was an IP based signature? no one can explain that to me. to have my IP they would need to be on my network or somehow otherwise infiltrate my network. As of last November i had to file ch 13 to save my home from foreclosure for property taxes, these guys are trying to put a claim in for the listed amount.

## Accounts Affected by the Crime

| Private Student Loans | |
|---|---|
| **Company or Organization:** | Service Finance Co., LLC |
| **Account Number:** | 518654228 |

| Date fraud began: | Date that I discovered it: | Total fraudulent amount: |
|---|---|---|
| 8 / 2016 | 11 / 2016 | $ 15587 |

| **Fraudulent Information on Credit Reports** | |
|---|---|
| **Accounts or Charges** | Yes, fraudulent accounts or charges appear on my credit report |
| **Personal Information** | **Addresses:** 2923 BAYSHORE ATLANTIC BEACH, FL 32233-2313 |

**Under penalty of perjury, I declare this information is true and correct to the best of my knowledge.**

I understand that knowingly making any false statements to the government may violate federal, state, or local criminal statutes, and may result in a fine, imprisonment, or both.

**James   Theisen**  
James   Theisen

**05/06/2020**  
Date

Use this form to prove to businesses and credit bureaus that you have submitted an FTC Identity Theft Report to law enforcement. Some businesses might request that you also file a report with your local police.