IN THE UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Sadek and Cooper Law Office
1315 Walnut Street, Suite 502
Philadelphia, PA 19107
215-545-0008

In Re:

**James E. Theisen**

| | |
|---|---|
| Case No.: | **19-30999** |
| Chapter: | **13** |
| Hearing Date: | **June 2, 2020 @ 10am** |
| Judge: | **ABA** |

**ORDER GRANTING** that the Objection to the Proof of Claim 6-1 is Approved.

The relief set forth on the following page, number two (2), is hereby **ORDERED.**

Page 1

**AND NOW,** upon Objection of Proof of Claim by Ovation Sales Trust Finance Service Finance Co., LLC in personal property and/or real property of the Debtor located at 903 Northwood Avenue Cherry Hill, NJ 08002,

**AND**, the Debtor having asserted that the alleged proof of claim arises from the theft of the Debtor's identity and/or unauthorized signature,

And, the Debtor having certified that adequate notice of the Motion was sent to the Respondent and that no answer or other response to the Motion has been filed,

It is hereby **ORDERED** that the Motion is **GRANTED** by default.