| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>**Caption in Compliance with D.N.J. LBR 9004-2(c)**<br><br>Sadek and Cooper Law Office<br>1315 Walnut Street<br>Suite 502<br>Philadelphia, PA 19107<br>215-545-0008<br><br>In re:<br><br>**James E. Theisen** | Case No.: **19-30999**<br><br>Chapter: **13**<br><br>Adv. No.:<br><br>Hearing Date: June 9, 2020 at 10:00am<br><br>Judge: Altenburg |
|---|---|

## CERTIFICATION OF SERVICE

1. I, __Karen M. Campling__ :

    ☐ represent ___ in the this matter.

    ☑ am the secretary/paralegal for __Brad J. Sadek, Esq.__, who represents __James E. Theisen__ in the this matter.

    ☐ am the ___ in the this case and am representing myself.

2. On __May 11, 2020__, I sent a copy of the following pleadings and/or documents to the parties listed in the chart below:

    Debtor's Objection to Proof of Claim 6-1

3. I hereby certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Dated: __May 11, 2020__                    __/s/ Karen M Campling__
                                                                    Signature

1

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| **Ovation Sales Finance Trust**<br>**Service Finance Company, LLC**<br>**555 S Federal Highway**<br>**#200**<br>**Boca Raton, FL 33432** | Creditor | ☐ Hand-delivered<br>☑ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other ___<br>(as authorized by the court *) |
| **Isabel C. Balboa**<br>**Chapter 13 Standing Trustee**<br>**Cherry Tree Corporate Center**<br>**535 Route 38 - Suite 580**<br>**Cherry Hill, NJ 08002** | Trustee | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☑ Notice of Electronic Filing (NEF)<br>☐ Other ___<br>(as authorized by the court *) |

* May account for service by fax or other means as authorized by the court through the issuance of an Order Shortening Time.

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com

*rev. 8/1/15*
Best Case Bankruptcy