UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Sadek and Cooper Law Offices
1315 Walnut Street, Suite 502
Philadelphia, Pa 19107
(215) 545-0008

In Re:

James Edward Theisen

Case No.: _____19-30999_____

Chapter: _____13_____

Hearing Date: _____

Judge: _____ABA_____

## NOTICE OF OBJECTION TO YOUR CLAIM

To: Ovation Sales Finance Trust  *[Claim Holder and Counsel, if any]*

The Debtor, James E. Theisen,  *[Objector]* has filed the enclosed Objection to Claim filed by Ovation Sales Finance Trust  *[Title of Objection]* (Docket No. [ 6-1 ]) which seeks to alter your rights by disallowing the claim filed due to Identity Theft

*[Describe effect of the Objection, i.e., disallowing, reducing, modifying, etc.]*

If you disagree with the objection, you must file a response to the Objection with the Clerk of the Bankruptcy Court at the address below on or before _____June 2, 2020_____.

At the same time, you must also serve a copy of the response upon the _____Debtor's_____ *[Objector's]* attorney: *[Address of objector's counsel]*  Brad J. Sadek, Esq.
1315 Walnut Street, Suite 502
Philadelphia, PA 19107

If you file a response, you or your attorney must appear at a hearing on the objection that will be held before the honorable Andrew B. Altenbrg Jr. on _____June 9, 2020_____ at ___10:00___ a.m. at the United States Bankruptcy Court, _____Mitchell H. Cohen, U.S. Courthouse_____, Courtroom no. __4B__.

**IF YOU DO NOT RESPOND TO THE OBJECTION, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE OBJECTION WITHOUT FURTHER NOTICE OR HEARING.**

*new.11/4/16*