| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>**Caption in Compliance with D.N.J. LBR 9004-2(c)**<br><br>Sadek and Cooper Law Office<br>1315 Walnut Street<br>Suite 502<br>Philadelphia, PA 19107<br>215-545-0008 | |
| In re:<br><br>**James E. Theisen** | Case No.: **19-30999**<br><br>Chapter: **13**<br><br>Adv. No.:<br><br>Hearing Date: July 14, 2020 at 10:00am<br><br>Judge: Altenburg |

# CERTIFICATION OF SERVICE

1. I, **Brad J. Sadek, Esw** :

   ☑ represent **James E. Theisen** in the this matter.

   ☐ am the secretary/paralegal for ___, who represents **J** in the this matter.

   ☐ am the ___ in the this case and am representing myself.

2. On **June 15, 2020**, I sent a copy of the following pleadings and/or documents to the parties listed in the chart below:

   Debtor's Objection to Proof of Claim 6-1
   Motion to Object to Claims of Ovation Sales Finance Trust

3. I hereby certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Dated: **June 17, 2020**                    **/s/ Brad J. Sadek, Esq**
                                             Signature

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| **Ovation Sales Finance Trust**<br>**Service Finance Company, LLC**<br>**555 S Federal Highway**<br>**#200**<br>**Boca Raton, FL 33432** | Creditor | ☐ Hand-delivered<br>☑ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other ___<br>(as authorized by the court *) |
| **Isabel C. Balboa**<br>**Chapter 13 Standing Trustee**<br>**Cherry Tree Corporate Center**<br>**535 Route 38 - Suite 580**<br>**Cherry Hill, NJ 08002** | Trustee | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☑ Notice of Electronic Filing (NEF)<br>☐ Other ___<br>(as authorized by the court *) |

* May account for service by fax or other means as authorized by the court through the issuance of an Order Shortening Time.

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com

*rev. 8/1/15*
Best Case Bankruptcy