IN THE UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Sadek and Cooper Law Office
1315 Walnut Street, Suite 502
Philadelphia, PA 19107
215-545-0008

In Re:

**James E. Theisen**



Order Filed on October 6, 2020
by Clerk
U.S. Bankruptcy Court
District of New Jersey

| | |
|---|---|
| Case No.: | **19-30999** |
| Chapter: | **13** |
| Hearing Date: | **9/8/2020 @ 10AM** |
| Judge: | **ABA** |

The relief set forth on the following page, numbered (2) it is hereby **ORDERED**.

**DATED: October 6, 2020**

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

The Motion to Reconsider the Courts Denial of the Motion to Object to Claims of Ovation Sales Finance Trust is hereby **GRANTED.**