| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
|---|---|
| Caption in Compliance with D.N.J. LBR 9004-1(b) | |
| Sadek and Cooper Law Office<br>1315 Walnut Street, Suite 502<br>Philadelphia, PA 19107<br>(215) 545-0008 | |



**Order Filed on December 28, 2020
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

| In Re:<br><br>James E. Theisen | Case No.: | 19-30999 |
|---|---|---|
| | Chapter: | 13 |
| | Hearing Date: | |
| | Judge: | ABA |

# ORDER DISALLOWING CLAIM 6-1

The relief set forth on the following page, number two (2) is hereby **ORDERED**.

**DATED: December 28, 2020**

*/s/ Andrew B. Altenburg, Jr.*
Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

**AND NOW**, upon Objection to Proof of Claim 6-1 by Ovation Sales Trust Finance Service Co., LLC in personal property and/or real property of th Debtor located at 903 Norwood Avenue, Cherry Hill, New Jersey 08002,

**AND**, the Debtor having asserted that the alleged proof of claim arises from the theft of the Debtor's identity and/or unauthorized signature,

**AND**, the Debtor having certified that adequate notices of the Motion was sent to the Respondent and that no answer or other response to the Motion has been filed,

It is hereby **ORDERED** that the Motion is **GRANTED** and claim 6-1 is disallowed.