# Office of the Chapter 13 Standing Trustee

*Isabel C. Balboa, Chapter 13 Standing Trustee*†

| | |
|---|---|
| *Jane L. McDonald, Counsel* | *Kelleen E. Stanley\** |
| *Raymond H. Shockley, Jr. Staff Attorney* | *Jennie P. Archer\** |
| *Jennifer R. Gorchow, Staff Attorney* | *Lu'Shell K. Alexander\** |
| | *\*Certified Bankruptcy Assistant* |
| | †*Fellow, American College of Bankruptcy* |

April 6, 2020

The Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court
P.O. Box 2067
Camden, New Jersey 08102

RE: Chapter 13 Bankruptcy
      Debtor(s) Name:    James E. Theisen
      Case No:    19-30999  ABA
      Hearing Date:    N/A

Dear Judge Altenburg:

    Please accept this letter as a limited objection to Mr. Sadek's January 7, 2021 Motion/Application for fees in the above referenced matter.

    This case was filed on November 6, 2019. The Rules in effect at that time permitted a debtor's attorney to be paid a flat fee in a Chapter 13 case. D.N.J. LBR 2016-5. Thereafter, supplemental funds could be requested by motion accompanied by a Certification of Debtor's Counsel Supporting Supplemental Chapter 13 Fee. The amended rule allowing hourly billing in a Chapter 13 case took effect on August 1, 2018. The 2018 comments to the amended rule state that:

> For cases filed or converted to Chapter 13 <u>on or after the effective date of this Rule</u>, the Court will no longer
> accept Local Forms, *Certification of Debtor's Counsel Supporting Supplemental Chapter 13 Fee* and *Order Granting
> Supplemental Chapter 13 Fees*. (underscored emphasis added)

    Additionally, the proposed form of order filed with the Motion/Application, indicates a Trustee payment higher than needed. Therefore, the Trustee respectfully requests that the proposed form of order be amended to reflect new payments of $715.00 per month for forty-seven (47). The Trustee respectfully requests Debtor's counsel file an Amended Certification of Debtor's Counsel Supporting Chapter 13 Fee as well as a revised form of Order to conform with D.N.J. LBR 2016-5 and to reflect new payments going forward.

    Should you have any questions regarding this matter, please do not hesitate to contact me.

| | |
|---|---|
| Cherry Tree Corporate Center | **Payments Only:** |
| 535 Route 38 | |
| Suite 580 | P.O. Box 1978 |
| Cherry Hill, NJ 08002 | Memphis, TN 38101-1978 |
| (856) 663-5002 | |

Respectfully submitted,

*OFFICE OF THE CHAPTER 13*
*STANDING TRUSTEE*

*/s/ Isabel C. Balboa*

**ISABEL C. BALBOA**
Chapter 13 Standing Trustee

ICB:lka

c: Brad J. Sadek, Esquire   (Debtor(s) Attorney)   (via Electronic Case Filing / ECF)
James E. Theisen   (Debtor)   (via First Class Mail)

Cherry Tree Corporate Center
535 Route 38
Suite 580
Cherry Hill, NJ 08002
(856) 663-5002

**Payments Only:**

**P.O. Box 1978**
**Memphis, TN 38101-1978**

Page **2** of **2**